■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIMON WRIGHT, Appellant. [976 NYS2d 384]—

Judgment, Supreme Court, Bronx County (Colleen D. Duffy, J.), rendered November 8, 2010, convicting defendant, after a jury trial, of attempted arson in the second degree, and sentencing him to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*People v Danielson*, 9 NY3d 342 [2007]). The evidence supports the inference that defendant intended to start a fire when, in an effort to collect back pay, he poured gasoline on the floor of his former place of employment, went outside, lit a match and threw it inside the store, knowing that an employee was still inside. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Manzanet-Daniels and Feinman, JJ.